UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORMA E. BRYAN a/k/a NORMA E.
MAPLES and ROY A. BRYAN,

    Plaintiffs,

v.                                            CASE NO: 8:14-cv-307-T-26TGW

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and SETERUS, INC.,

    Defendants.
_____/

**O R D E R**

    Pending before the Court for resolution is the Defendants' Partial Motion to Dismiss Plaintiffs' Amended Complaint filed May 29, 2014, at docket 18. Plaintiffs have failed to file a response, and the time for filing such a response has elapsed.[1] Consequently, the Court deems the motion unopposed. The Defendants' Partial Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 18) is granted. The Court dismisses counts VII, VIII, and IX of the Plaintiffs' amended complaint. The Defendants shall file its answer and defenses to the remaining counts of the amended complaint on or before July 3, 2014.

    **DONE AND ORDERED** at Tampa, Florida, on June 19, 2014.

---

[1] The Court notes that on June 17, 2014, one of its law clerks called Plaintiffs' counsel and left a voice message with regard to the status of the response. As of the time of the entry of this order, Plaintiffs' counsel has yet to respond to that message.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record