UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORMA E. BRYAN, a/k/a
Norma E. Maples, and ROY A. BRYAN,

    Plaintiffs,

v.                                      CASE NO: 8:14-cv-307-T-26TGW

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and SETERUS, INC.,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Defendants' pending motion and attachments filed at docket 37, it is obvious to this Court, as evidenced by Exhibit "A" to the motion, that the Plaintiffs, through counsel, have utterly failed to comply with the expert disclosure requirements imposed by Rule 26(a)(2)(B)(i)(ii)(iii) and (vi) of the Federal Rules of Civil Procedure.[1]  Accordingly, it is ordered and adjudged as follows:

    1) The Amended Motion to Strike and Exclude Plaintiffs' Expert (Dkt. 37) is denied.

    2) The Alternative Motion to Compel and Motion for Enlargement of Time to Disclose Defendants' Expert(s) (Dkt. 37) is granted.  The Plaintiffs shall file their amended expert disclosures in strict compliance with Rule 26(a)(2)(B) no later than November 14, 2014.

---

    [1] In light of these obvious deficiencies, the Court needs no response from the Plaintiffs.

3) The Defendants shall file their expert witness disclosures no later than December 12, 2014.

4) The discovery cut-off date is extended until February 2, 2015.

5) The dispositive motion filing deadline is extended until March 2, 2015.

6) In the event a dispute arises with regard to the adequacy of the Plaintiffs' amended expert witness disclosure, counsel for the parties shall make themselves immediately available for a *personal* conference pursuant to Local Rule 3.01(g) in a good faith effort to resolve any such dispute without this Court's intervention. Any counsel failing to follow this directive will be subject to the imposition of sanctions. Additionally, the Court reminds counsel of their obligation under Local Rule 2.04(h) to "conduct themselves with civility and in a spirit of cooperation in order to reduce unnecessary cost and delay."

**DONE AND ORDERED** at Tampa, Florida, on November 7, 2014.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record