## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NORMA E. BRYAN d/b/a
NORMA E. MAPLES, *et al.*,

    Plaintiff(s),

v.                                                                    CASE NO:  8:14-cv-307-T-26TGW

FEDERAL NAT'L MORTGAGE ASSOC.,
*et al.*,

    Defendant(s).
_____/

## O R D E R

The Court has been advised by **Mediation Report [47]** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The clerk is directed to term any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on March 16, 2015.

                                                         s/*Richard A. Lazzara*
                                                         **RICHARD A. LAZZARA**
                                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record